UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| DAVID WAYNE HUGHES, | ) | CASE NO. 16-51420-a998 |
| Debtor. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

COMES NOW, **ALBERTELLI LAW** attorneys for BANK OF AMERICA, N.A., and hereby enters it Notice of Appearance in the above-styled action. In accordance with Rule 2002 of the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, the undersigned hereby request notice in regard to the following property:

Property Address: 2663 Foxglove Court SW, Marietta, GA  30064

Last Four Digits of Loan Number: 4945

The undersigned respectfully requests the following to be added to the Court's Mailing Matrix in according to Rule 2002(g):

      /s/ Danielle Hudson
Danielle Hudson Esq.
Of Counsel, Albertelli Law
Georgia Bar No.: 651990
Attorney for Secured Creditor
100 Galleria Parkway, Suite 960
Atlanta, GA 30339
Telephone: (770) 373-4242
Assistant's Telephone: (813) 221-4743 ext 2504
Facsimile: (770) 373-4260

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of February, 2016, I served a copy of the foregoing Notice of Appearance and Request for Service via Regular U.S. Mail and/or Electronic Mail to the parties listed on the attached service list.

## SERVICE LIST

Howard P. Slomka
Slomka Law Firm
2nd Floor
1069 Spring Street, NW
Atlanta, GA 30309

David Wayne Hughes
3725 Princeton Lakes Parkway SW
Apartment #5206
Atlanta, GA 30331

Adam M. Goodman
Adam M. Goodman, 13 Trustee
Suite 200
260 Peachtree Street
Atlanta, GA 30303

                                              /s/ Danielle Hudson
                                              Danielle Hudson Esq.
                                              Of Counsel, Albertelli Law
                                              Georgia Bar No.: 651990
                                              Attorney for Secured Creditor
                                              100 Galleria Parkway, Suite 960
                                              Atlanta, GA 30339
                                              Telephone: (770) 373-4242
                                              Assistant's Telephone: (813) 221-4743 ext 2504
                                              Facsimile: (770) 373-4260