IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In Re: | : CHAPTER 13 |
| | : |
| DAVID WAYNE HUGHES | : CASE NO. 16-51420 |
| | : |
| | : |
| | : |
| Debtor. | : |

**NOTICE OF APPEARANCE PURSUANT TO F.R.B.P. 9010(b)**
**AND REQUEST FOR NOTICES UNDER F.R.B.P. 2002**

To the Clerk of the United States Bankruptcy Court:

**PLEASE TAKE NOTICE** that, pursuant to F.R.B.P. 9010 (b), the undersigned hereby appears in this case as counsel for **Bank of America, N.A.** ("Creditor"), for the purpose of requesting that all notices required to be given in this case to the Debtors and/or other parties in interest be also given, pursuant to F.R.B.P. 2002, to:

>S. Keith Eady
>RCO Legal, P.S.
>2970 Clairmont Road NE, Suite 780
>Atlanta, GA 30329
>P: 404-486-2386
>keady@rcolegal.com

This entry of appearance is not intended as and shall not be construed as a waiver of service of process, of trial by jury or of any other right or defense inuring to or available to Creditor.

Dated: February 25, 2016

/s/ S. Keith Eady
**S. Keith Eady,** GA Bar No. 237038
**RCO Legal, P.S.**
2970 Clairmont Road NE, Suite 780
Atlanta, GA 30329
404-486-2386
keady@rcolegal.com

226014

## CERTIFICATE OF SERVICE

      I, the below named, hereby certify that a copy of the foregoing **Notice of Appearance and Request for Notices** was served on the parties listed below by first-class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically served on February 25, 2016.

| | |
|---|---|
| David Wayne Hughes<br>3725 Princeton Lakes Parkway SW /<br>Apartment #5206<br>Atlanta, GA 30331 | Howard P. Slomka<br>2nd Floor  / 1069 Spring Street, NW<br>Atlanta, GA 30309 |
| | Adam M. Goodman<br>260 Peachtree Street, Suite 200<br>Atlanta, GA 30303<br>orders@13trusteeatlanta.com |

Date: February 25, 2016

       /s/ S. Keith Eady_____
**S. Keith Eady,** GA Bar No. 237038

226014