# United States Bankruptcy Court
## Northern District of Georgia

In re  **David Wayne Hughes**                                              Case No.  **16-51420**
                        Debtor(s)                                          Chapter  **13**

## Notice of Change of Address

Debtor's Social Security Number:    xxx-xx-8987

**My (Our) Former Mailing Address and Telephone Number was:**

Name:           **David Wayne Hughes**

Street:         **3725 Princeton Lakes Parkway SW**
                **Apartment #5206**

City, State and Zip:   **Atlanta, GA 30331**

Telephone #:

**Please be advised that effective** <u>July 1, 2020</u>
**my (our) new mailing address and telephone number is:**

Name:           **David Wayne Hughes**
                435 Shiloh Manor Drive

Street:

City, State and Zip:   Marietta, Ga.   30066

Telephone #:

                                        /s
                                        **David Wayne Hughes**
                                        Debtor

Counsel for Debtor
Howard P. Slomka, Esq,
3350 Riverwood Pkwy, Suite 2100
Atlanta, GA 30339